

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-25-00215-CR

---

In Re Duane Ray LaRue, Relator

---

## AN ORIGINAL PROCEEDING IN MANDAMUS

---

## MEMORANDUM OPINION

Contending he was physically injured during his arrest and harmed in other respects in connection with what we understand to be a criminal case against him pending in Andrews County, Duane Ray LaRue filed multiple letters in this Court alleging various violations of his federal rights under the Fifth, Sixth, and Eighth Amendments and various other federal laws[1] on the part

---

[1] LaRue's petition cites the following federal statutes: "42 U.S.C. §§ 6101, 6107; Age Discrimination Act of 1975; 42 U.S.C. § 12101, et seq.; Americans with Disabilities Act of 1990; 42 United States code (U.S.C. § 2000 d, et seq.; Title VI of the Civil Rights Act of 1964; U.S.C-1-308."

of several public officials and employees. LaRue further indicates the desire to press charges against a law enforcement official for use of excessive force.

As an intermediate appellate court, we have original and appellate jurisdiction only as authorized by law. *See* Tex. Const. art. V § 6. No law regulating the writs we have authority to issue authorize this Court to compel the initiation of a criminal prosecution or to adjudicate private attempts to enforce federal law.

Accordingly, we dismiss the petition for want of jurisdiction.


LISA J. SOTO, Justice

September 9, 2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.

(Do Not Publish)